HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALEXANDER GONZALEZ, on behalf of himself and others similarly situated,

Plaintiff,

v.

DYNAMIC RECOVERY SOLUTIONS, LLC,

Defendants.

CASE NO. C14-634RAJ

ORDER

This matter comes before the court on the parties' joint motion to transfer venue to the United States District Court for the Southern District of Florida. Dkt. # 16. The parties have represented to the court that there is a substantially similar, previously-filed class action pending before the Honorable Beth Bloom ("the Florida action"), and that they have reached a global settlement of both cases. The Florida action involves the same defendant, asserts substantially similar claims and seeks the same relief as the

ORDER- 1

action pending before this court.  Dkt. # 6, p. 4.  Because the Florida action is further advanced and the Florida court has already addressed numerous discovery disputes and a motion for class certification, it is in a better position to review the parties' settlement agreement.  For these reasons, the court finds that a transfer would promote judicial economy and serve the interests of justice and the convenience of the parties.  *See* 28 U.S.C. § 1404(a).

Accordingly, the Clerk is directed to terminate all pending motions and to transfer this case to the United States District Court for the Southern District of Florida as related to *Rodriquez v. Dynamic Recovery Solutions, LLC*, Case No. 1:14-cv-20933-BB (S.D. Fla.) (Bloom, J.).

DATED this 25th day of November, 2014.

_____
The Honorable Richard A. Jones
United States District Judge